No. 16,478.

Brownell v. Strawn et al.
(220 P. [2d] 377)

Decided June 19, 1950.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Clifford C. Chittim, for plaintiff in error.

Mr. Dudley I. Hutchinson, Mr. Dudley I. Hutchinson, Jr., for defendants in error.